UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DANIELLE ROGERS,
    Plaintiff,

    vs.          No. 05-1180

MARY SIGLER, et al.
    Defendants.

## ORDER OF DISMISSAL

On June 15, 2005, the plaintiff, a state prisoner, filed this lawsuit pursuit to 42 U.S.C. §1983 and the Americans with Disabilities Act. On July 20, 2005, the court conducted a merit review of the plaintiff's claims pursuant to 28 USC §1915A. On December 7, 2005, a scheduling order was entered and summons were issued for the defendants.

On January 9, 2006, the scheduling order was returned to the clerk of the court with a notation stating that the plaintiff was paroled from Dwight Correctional Center on December 12, 2005.

A month has passed since the plaintiff was paroled and she has still failed to provide the court with a new address. The court has no way of contacting the plaintiff and therefore, no way of continuing this litigation. The plaintiff has apparently lost interest in pursuing this lawsuit.

IT IS THEREFORE ORDERED that:

1) The clerk is directed to dismiss this case in its entirety without prejudice for failure to prosecute with due diligence. *See* Fed. R.Civ. P. 41(b).

2) Any pending motions are denied as moot.

3) The plaintiff is still responsible for ensuring the $150.00 filing fee is paid to the clerk of the court. Release from incarceration does not relieve the plaintiff of her obligation to pay the filing fee in full.

Entered this 13th day of January, 2006.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE